Commonwealth ex rel. Blackwell, Appellant, *v.*
Myers.

Submitted June 8, 1964. *James
Blackwell,* appellant, in propria persona; *Ralph B.
D'Iorio,* Assistant District Attorney, *Domenic D.
Jerome,* First Assistant District Attorney, and *Jacques
H. Fox,* District Attorney, for appellee.

Order affirmed.

Commonwealth ex rel. Boucher, Appellant, *v.*
Russell.

Submitted June 8,
1964. *Richard Paul Boucher,* appellant, in propria persona; *Thomas A. Pitt, Jr.,* Assistant District Attorney,
and *A. Alfred Delduco,* District Attorney, for appellee.

Order affirmed.

Commonwealth ex rel. Brady, Appellant, *v.*
Myers.

Submitted June 8, 1964.
*Paul Vonzo Brady,* appellant, in propria persona; *John
S. Halsted,* Assistant District Attorney, and *A. Alfred
Delduco,* District Attorney, for appellee.

Order affirmed.